IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

     Plaintiff,                     No. 2:12-cv-0519 GGH P

    vs.

WEARY, et al.,                     <u>ORDER</u> &

     Defendants.            <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff, a county jail prisoner proceeding pro se seeks relief pursuant to 42 U.S.C. § 1983. On April 9, 2012, plaintiff's original complaint was dismissed and plaintiff was provided 28 days to file an amended complaint or else it would be recommended that this case be dismissed. That time period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.[1]

        Accordingly, IT IS HEREBY ORDERED that a district judge be assigned to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed for the reasons set forth in the April 9, 2012, screening order and for failure to follow court instructions. <u>See</u>

---

[1] Mail is no longer deliverable at the address plaintiff provided, however it is plaintiff's responsibility to update the court with his current address.

1

Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 4, 2012

        /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:AB
bake0519.fta