IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

     Plaintiff,                    No. 2:12-cv-0519 GGH P

    vs.

WEARY, et al.,                    <u>ORDER</u>

     Defendants.

        Plaintiff's complaint was dismissed with leave to amend on April 9, 2012, but plaintiff never filed an amended complaint, so on June 5, 2012, it was recommended that this action be dismissed. Plaintiff has since been released from jail and states he did not receive the order. Therefore, plaintiff will be given 14 days to file an amended complaint. If plaintiff files an amended complaint, the findings and recommendations will be vacated.

///

///

///

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court send
2  plaintiff at his new address Document 6.
3  DATED: June 27, 2012

                                          /s/ Gregory G. Hollows  
                               UNITED STATES MAGISTRATE JUDGE

6  GGH:AB - bake0519.ord